AUSA: Blaine Longsworth Telephone: (810) 766-5177

AO 91 (Rev. 11/11) Criminal Complaint Agent: Julio Coronado Telephone: (810) 989-5056

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Ruperto David DAVILA-SALAS

Case: 4:26-mj-30671
Judge: Ivy, Curtis
Filed: 10-22-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 20, 2026 in the county of Lapeer in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

Complainant's signature

Julio J. Coronado, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Judge's signature

Date: October 22, 2028

City and state: Detroit, MI

Curtis Ivy, Jr., U.S. Magistrate Judge
*Printed name and title*

I, Julio J. Coronado, declare the following under penalty of perjury:

1. I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since June 11, 2007. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases. I have also reviewed the official immigration file and system automated data relating to Ruperto David DAVILA-SALAS, which attests the following:

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. Ruperto David DAVILA-SALAS is a twenty-four-year-old male, native and citizen of Mexico, who claims to have last entered the United States at or near Laredo, Texas on an unknown date in 2021, without being admitted, inspected or paroled by an Immigration Officer.

4. On or about August 5, 2020, DAVILA-SALAS was encountered by Customs and Border Protection Officers at the George Bush Intercontinental Airport in Houston, Texas. DAVILA-SALAS was requesting admission to the United States for two months on a tourist visa. During inspection it was found that DAVILA-SALAS' intent was to travel to Michigan to work and that he had also done so on other trips to the United States when entering on a tourist visa. After making a sworn statement admitting that he understood he was not permitted to work in the United States, DAVILA-SALAS was found inadmissible to the U.S. and was processed as an Expedited Removal.

5. On or about August 6, 2020, DAVILA-SALAS was removed from the United States to Mexico via Houston, Texas.

6. On or about March 8, 2021, DAVILA-SALAS was arrested by United States Border Patrol Agents near Laredo, Texas, after entering the United States illegally. Due to administrative policies and prosecutorial discretion, DAVILA-SALAS was expelled to Mexico at that time under Title 42 Guidelines.

7. On or about October 20, 2026, DAVILA-SALAS was encountered by a United States Border Patrol Agent from the Marysville Station, near Metamora, Michigan. Border Patrol assistance was requested by a Metamora police officer while investigating a suspicious vehicle call. During the encounter, DAVILA-SALAS was placed under arrest by the agent for being present in the United States without proper immigration documents to allow him to be or remain in the United States legally.

8. DAVILA-SALAS stated that he lives in Pontiac, Michigan with his girlfriend and works construction jobs. DAVILA-SALAS claims to have one minor child that lives in Mexico with their mother.

9. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of records from the alien file (A# xxx xxx 615) for DAVILA-SALAS and queries in U.S. Department of Homeland Security databases confirm that no record exists of DAVILA-SALAS obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his last removal on or about August 6, 2020.

11. Based on the above information, there is probable cause to believe that, on or about October 20, 2026, at or near Metamora, in the Eastern District of Michigan, Southern Division, Ruperto David DAVILA-SALAS, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported,

and removed therefrom on or about August 6, 2020, at or near Houston, Texas, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a)

Julio J. Coronado, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Curtis Ivy, Jr.
United States Magistrate Judge